Case 4:25-cr-00033   Document 1   Filed on 02/06/25 in TXSD   Page 1 of 3

United States Courts
Southern District of Texas
**FILED**

*February 06, 2025*

Nathan Ochsner, Clerk of Court

```
               UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
                     HOUSTON DIVISION

UNITED STATES OF AMERICA      §
                              §
         v.                   §    CRIMINAL NO.:     4:25-cr-0033
                              §
CLEVELAND HOBBY BROWN III     §
```

### INDICTMENT

THE GRAND JURY CHARGES THAT:

INTRODUCTION

At all times material to this Indictment, JACK IN THE BOX, is a San Diego, California based company engaged in the business of retail purchase and sales of consumer goods which are shipped in interstate commerce and which affect interstate commerce.

COUNT ONE

Title 18, United States Code, § 1951(a)-Interference with Commerce by Robbery

On or about December 3, 2024, in the Houston Division of the Southern District of Texas,

CLEVELAND HOBBY BROWN III

defendant herein, did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities

in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of Jack in the Box, located at 11910 Westheimer Road, Houston, Texas, which was in the possession and custody of an employee of Jack in the Box, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, § 1951(a).

## COUNT TWO

### Title 18, United States Code, § 924(c)(1)(A)-Brandishing of a Firearm During and in Relation to a Crime of Violence

On or about December 3, 2024, in the Houston Division of the Southern District of Texas,

### CLEVELAND HOBBY BROWN III

defendant herein, did knowingly brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which he may be prosecuted in a court of the United States, that is, Interference with Commerce by Robbery, as charged in Count One of this Indictment.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii).

**NOTICE OF CRIMINAL FORFEITURE**

Pursuant to Title 18, United States Code, Section 924(d(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm(s), involved in violation of Title 18, United States Code, Section 924 as charged in the indictment, are subject to forfeiture, including, but not limited to, the following:

1. Light blue SCCY CPX2 pistol Serial# C513489

2. Any and all accompanying magazines and ammunition

                            A TRUE BILL:

                            Original Signature on File
                            FOREMAN OF THE GRAND JURY

Nicholas J. Ganjei
United States Attorney

BY: *[signature: Jill J. Stotts]*
Jill Jenkins Stotts
Assistant United States Attorney